JANE W. CERVANTES, ESQUIRE
California Bar No. 262353
Chermol & Fishman, LLC
212 Yale Avenue
Claremont, CA 91711
909-626-3595
Fax: 626-209-2277
Email: jane.cervantes@gmail.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION - SANTA ANA

DARRELL CHARLES OCHOA,                )
                                      )
    Plaintiff,                        )
                                      )
  v.                                  ) Case # 8:22-cv-01825-VBF-ADS
                                      )
KILOLO KIJAKAZI,                      ) **ORDER**
Acting Commissioner of Social Security, )
                                      )
    Defendant.                        )
_____)

ORDER

    AND NOW, this __21st__ day of ____August____, 2023, having considered the parties' Stipulation for EAJA fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $8,000.00 and costs in the amount of $402.00, subject to the terms of the Stipulation.

BY THE COURT:

  /s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
U.S. MAGISTRATE JUDGE